

# NUMBER 13-24-00397-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF
## RAY VILLAGOMEZ AND YANETH PUGA
## AND IN THE INTEREST OF R.V. JR., R.V., AND R.V.

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's motion to withdraw notice of appeal which we construe as a motion to dismiss. Appellant inadvertently filed the notice of appeal and does not wish to pursue matter on appeal.

Having considered appellant's motion to dismiss, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the

appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
28th day of August, 2024.